| Date | Pleading Number | |
|------|------|---|
| 7/25/75 | 1. | MOTION & SUPPORTING BRIEF -- for transfer of D.C. to S.D. N.Y.  Certified correct service and exhibits included are complaint in D.C. action. Anser to Complaint by def. Schloss, Scholss, Pustilnik, & Goldman, complaint in S.D. N.Y. action, Answer of def. Teacher Tours, Inc., Defs. The City of New York, and the Board of Eduction of the City of New York. |
| | | REQUESTED TRANSFEREE FORUM:  Southern District of New York |
| 8/7/75 | | APPEARANCE -- Fred C. Sacks for Noemie Santiago |
| 8/12/75 | | APPERANCE -- Wm. J. Donnelly, Jr., Esq. for D.C. dfts. |
| 8/13/75 | 2 | RESPONSE -- D. C. DEFENDANTS w/cert. of service |
| 9/2/75 | | HEARING ORDER -- Setting A-1 and A-2 for hearing Sep. 26, 1975 Los Angeles, Calif |
| 9/23/75 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Noemie Santiago, etc. and Counsel for Defendants |
| 1/22/76 | | OPINION AND ORDER -- DENYING TRANSFER OF LITIGATION |

DOCKET NO. 223 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| Description of Litigation |
|---|

IN RE DROWNING INCIDENT AT QUALITY INN NORTHEAST, WASHINGTON, D.C.,
ON MAY 3, 1974

Summary of Panel Action

Date(s) of Hearing(s) 9/26/75 _____ _____ _____ _____ _____ _____

Date(s) of Opinion(s) or Order(s) 1/22/76 _____ _____ _____ _____ _____

Consolidation Ordered ____    Name of Transferee Judge _____

Consolidation Denied XX    Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Noemie Santiago, etc. v. William P. Chalfant, Jr., et al. | D. D.C. Green | 74-1409 | | | | |
| A-2 | Noemie Santiago, etc. v. The City of New York, et al. | S.D.N.Y. Lasker | 75 Civ.513 | | | | |

p.   1

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO.  222  --  IN RE DROWNING INCIDENT AT QUALITY INN NORTHEAST,

WASHINGTON, D.C., ON MAY 3, 1974

| Plaintiff | Defendant |
|---|---|
| NOEMIE SANTIAGO, ETC.<br>Fred C. Sacks, Esquire<br>1030 15th Street, N.W.<br>Washington, D. C.  20005 | WILLIAM P. CHALFANT, JR.<br>GRAHAM B. SQUIRES<br>C. JOSEPH MOLINARO<br>JAY W. SMITH t/a NORTHGATE ASSOCIATES<br>d/b/a QUALITY INN NORTHEAST<br>THOMAS F. MARTIN, GENERAL MANAGER<br>  QUALITY INN NORTHEAST<br>DAN SCHLOSS<br>JERRY SCHLOSS<br>JACK PUSTILNIK<br>ROBERT M. GOLDMAN, a partnership<br>  t/a S.S.P.G. ASSOCIATES<br>KIRBY WREN ASSOCIATES<br>Wm. J. Donnelly, Jr., Esquire<br>1215 Nineteenth Street, N.W.<br>Washington, D. C.  20036<br><br>CITY OF NEW YORK<br>BOARD OF EDUCATION OF CITY OF NEW YORK<br>W. Bernard Richland, Esquire<br>Municipal Building<br>New York, New York  10007<br><br>TEACHERS TOURS, INC.<br>Sheft & Butler<br>1521 Oriental Boulevard<br>Brooklyn, New York  11235 |